IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA


AL-RAJHI, et al.    v.  MAYFAIR HOLDINGS, LLC, et al.

JUDGE H. RUSSEL HOLLAND   CASE NO.   2:18-cv-0581-HRH


PROCEEDINGS: ORDER FROM CHAMBERS


By minute order of March 22, 2018,[1] the court called upon plaintiffs to file proofs of service of their complaint upon defendants.  As of this date, no proof of service has been filed.

Plaintiff shall file proof(s) of service upon the defendants or a status report with the court on or before April 19, 2018.

===

[1]Docket No. 11.