1  Joseph G. Adams (#018210)
   SNELL & WILMER L.L.P.
2  One Arizona Center
   400 E. Van Buren, Suite 1900
3  Phoenix, Arizona 85004-2202
   Telephone: 602.382.6000
4  Facsimile: 602.382.6070
   E-Mail: jgadams@swlaw.com
5
   Attorney for Defendants Mayfair Holdings, LLP,
6  Michael D. Evans, Mayfair Real Estate LP,
   Mayfair Finance Group, LLP, and Mayfair
7  Finance, LLP

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| Fahad Al-Rajhi and Jood, Ltd., | No. 2:18-cv-00581-HRH |
|---|---|
| Plaintiffs, | **JOINT REPORT** |
| v. | |
| Mayfair Holdings, LLP; Mayfair Administration, LLC; Mayfair Real Estate LP; Mayfair Finance Group, LLP; Mayfair Finance, LLP; Stuart Horwich; Leon Dutkiewicz and Michael D. Evans, | Assigned to the Hon. H. Russel Holland |
| Defendants. | |

Defendants Michael D. Evans, Mayfair Holdings, LLP, Mayfair Real Estate LP, Mayfair Finance Group, LLP, and Mayfair Finance, LLP and Plaintiffs Fahad Al-Rajhi and Jood, Ltd. provide this joint response to the Court's order dated June 30, 2020 requesting a status report. [Doc. 88]

As previously reported, the parties have reached an agreement to settle the case and they have nearly finalized their settlement documentation. The sole remaining issue concerns a tax issue involving parties, as here, located outside of the United States. Defense counsel first raised the issue in late June. As of today, plaintiff's counsel reports

4848-2229-7026.1

1. that his clients are now consulting tax advisors regarding the issue, and that he expects to hear back sometime this week.

The parties appreciate the Court's patience as they work to finalize the settlement. The parties respectfully suggest that the Court set a telephonic status conference at least 30 days from this date. The parties are hopeful they will file a stipulation of dismissal before that date. If the matter remains pending, the parties can discuss next steps in the litigation, including setting a new date for dispositive motions and schedule for proceeding.

DATED this 8th day of July, 2020.

SNELL & WILMER L.L.P.

By: s/ Joseph G. Adams
Joseph G. Adams
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Attorney for Defendants Mayfair Holdings, LLP, Michael D. Evans, Mayfair Real Estate LP, Mayfair Finance Group, LLP, and Mayfair Finance, LLP

OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP

By: s/ David V. Hayes *with permission*
David V. Hayes
1180 Peachtree Street, N.E., Suite 3000
Atlanta, Georgia 30309

John W. Storer, III
Michael J. Frazell
SWENSON, STORER, ANDREWS & FRAZELLE PC
7310 N. 16th Street, Suite 320
Phoenix, AZ 85020

Attorneys for Plaintiffs

4848-2229-7026.1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

/s/ Mandy Garsha