IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Fahad Al-Rajhi and Jood, Ltd., )
 )
                        Plaintiffs, )
 )
vs. )
 )
Mayfair Holdings, LLP, et al., )     No. 2:18-cv-0581-HRH
 )
                       Defendants. )
_____)

O R D E R

Case Status

The court is in receipt of the parties' joint report,[1] filed July 8, 2020. The report is approved. Closing papers will please be filed by Friday, **August 7, 2020**.

If the parties have not reached a settlement by that date, counsel may contact the court's judicial assistant[2] to arrange for a telephonic status conference.

DATED at Anchorage, Alaska, this 14th day of July, 2020.

                                                /s/ H. Russel Holland
                                                United States District Judge

---

[1]Docket No. 89.

[2]Marty Stafford; 907.677.6252.