

Joseph G. Adams (#018210)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: jgadams@swlaw.com

Attorney for Defendants Mayfair Holdings, LLP, Michael D. Evans, Mayfair Real Estate LP, Mayfair Finance Group, LLP, and Mayfair Finance, LLP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fahad Al-Rajhi and Jood, Ltd., <br><br> Plaintiffs, <br><br> v. <br><br> Mayfair Holdings, LLP; Mayfair Administration, LLC; Mayfair Real Estate LP; Mayfair Finance Group, LLP; Mayfair Finance, LLP; Stuart Horwich; Leon Dutkiewicz and Michael D. Evans, <br><br> Defendants. | No. 2:18-cv-00581-HRH <br><br> **NOTICE OF SETTLEMENT** <br><br> Assigned to the Hon. H. Russel Holland |

Pursuant to the Court's order dated August 10, 2020 [Doc. 92], defendants Michael D. Evans, Mayfair Holdings, LLP, Mayfair Real Estate LP, Mayfair Finance Group, LLP, and Mayfair Finance, LLP and plaintiffs Fahad Al-Rajhi and Jood, Ltd. provide notice that they have reached a settlement of all claims and agreed on final documentation.

Defendants have signed the settlement papers and transmitted them to plaintiffs. Plaintiffs' counsel expects to receive their signed settlement papers later today. Once the signed papers are exchanged, the parties will submit a formal request for dismissal of the action with prejudice as provided by the settlement agreement. The parties and counsel thank the Court for providing additional time to complete their settlement.

4845-8508-0777.1

1
2  DATED this 28th day of August, 2020.
3
                                        SNELL & WILMER L.L.P.
4
5
                                        By: s/ Joseph G. Adams
6                                           Joseph G. Adams
                                            One Arizona Center
7                                           400 E. Van Buren, Suite 1900
                                            Phoenix, Arizona 85004-2202
8
                                            Attorney for Defendants Mayfair
9                                           Holdings, LLP, Michael D. Evans,
                                            Mayfair Real Estate LP, Mayfair
10                                          Finance Group, LLP, and Mayfair
                                            Finance, LLP
11
                                        OWEN, GLEATON, EGAN,
12                                      JONES & SWEENEY, LLP
13
14                                      By: s/ David V. Hayes *with permission*
                                            David V. Hayes
15                                          1180 Peachtree Street, N.E., Suite 3000
                                            Atlanta, Georgia 30309
16
                                            John W. Storer, III
17                                          Michael J. Frazell
                                            SWENSON, STORER, ANDREWS &
18                                          FRAZELLE PC
                                            7310 N. 16th Street, Suite 320
19                                          Phoenix, AZ 85020
20                                          Attorneys for Plaintiffs
21
22
23
24
25
26
27
28

4845-8508-0777.1
- 2 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 28, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

                              /s/ Mandy Garsha