IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fahad Al-Rajhi and Jood, Ltd., | ) |
| Plaintiffs, | ) |
| vs. | ) |
| Mayfair Holdings, LLP, et al., | )  No. 2:18-cv-0581-HRH |
| Defendants. | ) |

# J U D G M E N T

Defendants Mayfair Holdings, LLP, Mayfair Real Estate LP, Mayfair Finance, LLP, and Michael D. Evans having evidenced their consent to the entry of a judgment by signing the stipulated judgment on August 28, 2020, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED granting plaintiffs Fahad Al-Rajhi and Jood, Ltd., judgment on their complaint against defendants Mayfair Holdings, LLP, Mayfair Real Estate LP, Mayfair Finance, LLP, and Michael D. Evans in the principal amount of $5,534,493.00, in accordance with the terms of the settlement agreement entered between plaintiffs and defendants;

IT IS FURTHER ORDERED that this court reserves and retains jurisdiction to hear, decide, and determine any claim for post-judgment attorney fees and costs and any other matters that may properly come before this court; and

IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, this judgment is final as no further matters remain pending.

DATED at Anchorage, Alaska, this  7th  day of January, 2022.

/s/ H. Russel Holland
United States District Judge